**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Michael GLOVER, Defendant–
Appellant.**

**No. 02–50534.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 9, 2003.*

Decided June 18, 2003.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: RYMER, THOMAS and SILVERMAN, Circuit Judges.

MEMORANDUM **

Michael Glover appeals the revocation of his supervised release and the 10–month sentence imposed upon the revocation.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Glover has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Glover has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.